# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156813(120)

CHELSEA HEALTH & WELLNESS
FOUNDATION,
          Petitioner-Appellee,

v

SCIO TOWNSHIP,
          Respondent-Appellee,
and

CITY OF DEXTER and DEXTER DOWNTOWN
DEVELOPMENT AUTHORITY,
          Intervenor Respondents-
          Appellants,
and

DEPARTMENT OF TREASURY,
          Intervening Respondent-Appellee.
_____/

SC: 156813
COA: 332483
Tax Tribunal: 14-001671-TT

On order of the Chief Justice, the joint motion of the Michigan Municipal League, Michigan Townships Association, Michigan Association of School Boards, and Government Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 16, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2018



Clerk